David G. Liston (pro hac vice pending)
david.liston@listonabramson.com
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Telephone: (212) 257-1644
Facsimile: (917) 633-5568

Attorneys for Plaintiff *WAG Acquisition L.L.C.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.<br><br>Plaintiff(s)<br><br>v.<br><br>THE WALT DISNEY COMPANY and DISNEY STREAMING SERVICES LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-08230-JAK-E<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Liston, David G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 257-1644         (917) 633-5568
*Telephone Number*      *Fax Number*

alex.patchen@listonabramson.com
*E-Mail Address*

of

Liston Abramson LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WAG Acquisition, L.L.C.

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

White, William A.
*Designee's Name (Last Name, First Name & Middle Initial)*

121681          (213) 621-0816          (213) 624-4840
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

wwhite@hillfarrer.com
*E-Mail Address*

of

Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee be refunded.

Dated: October 26, 2021

                                                                                     **U.S. District Judge**