Ari J. Jaffess (pro hac vice pending)
ari.jaffess@listonabramson.com
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Telephone: (212) 257-1631
Facsimile: (917) 633-5568

Attorneys for Plaintiff *WAG Acquisition L.L.C.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WAG ACQUISITION, L.L.C. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-08230-JAK-E |
| v. | |
| THE WALT DISNEY COMPANY and DISNEY STREAMING SERVICES LLC, | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jaffess, Ari J.                                    of
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 257-1631              (917) 633-5568
*Telephone Number*          *Fax Number*
ari.jaffess@listonabramson.com
_____
*E-Mail Address*

Liston Abramson LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WAG Acquisition, L.L.C.

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

White, William A.                                    of
*Designee's Name (Last Name, First Name & Middle Initial)*
                                    (213) 624-
121681          (213) 621-0816          4840
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
wwhite@hillfarrer.com
_____
*E-Mail Address*

Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 26, 2021**

_____

**U.S. District Judge**