Name and address:
Michael Jay, CA SBN 223827
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., a New Jersey limited liability company,<br><br>                                               Plaintiff(s),<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                                               Defendant(s), | CASE NUMBER<br><br>2:21-cv-8230<br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Williams, John
*Applicant's Name (Last Name, First Name & Middle Initial)*                                    check here if federal government attorney ☐

DLA Piper LLP (US)
*Firm/Agency Name*

303 Colorado Street, Suite 3000                    (512) 457-7000                    (512) 457-7001
                                                    *Telephone Number*                 *Fax Number*

*Street Address*

Austin, Texas 78701-4653                                        john.williams@us.dlapiper.com
*City, State, Zip Code*                                               *E-mail Address*

**I have been retained to represent the following parties:**

| | |
|---|---|
| THE WALT DISNEY COMPANY, et al. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____ |
| | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Texas State Bar | October 25, 2019 | Yes |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated December 3, 2021

John Williams
*Applicant's Name (please type or print)*

*John Williams*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Michael Jay
*Designee's Name (Last Name, First Name & Middle Initial)*

DLA Piper LLP (US)
*Firm/Agency Name*

| | | |
|---|---|---|
| 2000 Avenue of the Stars | (310) 595-3000 | (310) 595-3300 |
| Suite 400 North Tower | *Telephone Number* | *Fax Number* |
| *Street Address* | Michael.jay@us.dlapiper.com | |
| Los Angeles, CA 90067-4704 | *Email Address* | |
| *City, State, Zip Code* | 223827 | |
| | *Designee's California State Bar Number* | |

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  December 3, 2021

Michael Jay
*Designee's Name (please type or print)*

*/s/ Michael Jay*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 30, 2021

Re: John Conrad Williams, State Bar Number 24115834

To Whom It May Concern:

This is to certify that John Conrad Williams was licensed to practice law in Texas on October 25, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

Michael Jay, CA SBN 223827
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., a New Jersey limited liability company,<br><br>Plaintiff(s)<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-8230<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Williams, John          of    DLA Piper LLP (US)
*Applicant's Name (Last Name, First Name & Middle Initial)*      303 Colorado Street, Suite 3000
(512) 457-7000      (512) 457-7001            Austin, TX 78701
*Telephone Number*    *Fax Number*
John.willams@us.dlapiper.com
*E-Mail Address*                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

THE WALT DISNEY COMPANY and DISNEY STREAMING SERVICE LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Jay, Michael            of    DLA Piper LLP (US)
*Designee's Name (Last Name, First Name & Middle Initial)*    2000 Avenue of the Stars, Suite 400 North Tower
246348      (310) 595-3000    (310) 595-3300      Los Angeles, CA 90067-4704
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
Michael.jay@us.dlapiper.com
*E-Mail Address*                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                              **U.S. District Judge/U.S. Magistrate Judge**