ERIN MEHTA (State Bar No. 291071)
HULU, LLC / THE WALT DISNEY COMPANY
Erin.Mehta@disney.com
2500 Broadway 2d Floor
Santa Monica, CA 90404

Attorney for Defendant
THE WALT DISNEY COMPANY and
DISNEY STREAMING SERVICE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**WESTERN DIVISION**

| | |
|---|---|
| WAG Acquisition, L.L.C, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation, and DISNEY STREAMING SERVICES LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:21-cv-08230<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants The Walt Disney Company and Disney Streaming Services LLC ("Disney") hereby files its corporate disclosure statement and notice of interested parties.

The undersigned, counsel of record for Disney certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant The Walt Disney Company has no parent corporation, and no publicly held corporation owns 10% or more of The Walt Disney Company's stock.

Disney Streaming Services LLC is wholly owned, directly or indirectly, by The Walt Disney Company, a publicly traded company. No other publicly held corporation owns 10% or more of Disney Streaming Services LLC's stock.

As of this date, Disney is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of this proceeding.

Dated: December 3, 2021

HULU, LLC / THE WALT DISNEY COMPANY

By: ___/s/Erin Mehta_____
Erin Mehta
Attorney for Defendant
The Walt Disney Company and
Disney Streaming Services LLC