# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.<br><br>Plaintiff(s),<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−08230−JAK−E<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/03/2021 | 30, 32 | Application of Non−Resident Attorney to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The application(s) are stricken. Counsel shall correct each deficiency and re−file by December 15, 2021.

Clerk, U.S. District Court

Dated: December 8, 2021        By: /s/ *Theresa Jackson*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*