Name and address:
Michael Jay, CA SBN 223827
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., a New Jersey limited liability company,<br><br>                                      Plaintiff(s)<br>v.<br>THE WALT DISNEY COMPANY, et al.,<br><br>                                      Defendant(s). | CASE NUMBER<br>2:21-cv-8230-JAK-E<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Nall, Jennifer L.                                      of       DLA Piper LLP (US)
*Applicant's Name (Last Name, First Name & Middle Initial)*          303 Colorado Street, Suite 3000
(512) 457-7000          (512) 457-7001                                          Austin, TX 78701
*Telephone Number*      *Fax Number*
jennifer.nall@us.dlapiper.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
THE WALT DISNEY COMPANY, et al.

_____
*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Jay, Michael                                            of       DLA Piper LLP (US)
*Designee's Name (Last Name, First Name & Middle Initial)*         2000 Avenue of the Stars, Suite 400 North Tower
223827          (310) 595-3000          (310) 595-3300                Los Angeles, CA 90067-4704
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
michael.jay@us.dlapiper.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

                                                                _____
                                                                **U.S. District Judge/U.S. Magistrate Judge**