Michael Jay, CA SBN 223827
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WAG ACQUISITION, L.L.C., a New Jersey limited liability company,<br><br>Plaintiff(s)<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-8230-JAK-E<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Williams, John
*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 457-7000         (512) 457-7001
*Telephone Number*      *Fax Number*

john.willams@us.dlapiper.com
*E-Mail Address*

of DLA Piper LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

THE WALT DISNEY COMPANY, et al.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Jay, Michael
*Designee's Name (Last Name, First Name & Middle Initial)*

223827         (310) 595-3000         (310) 595-3300
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

michael.jay@us.dlapiper.com
*E-Mail Address*

of DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated: December 14, 2021**

                                                                                    **U.S. District Judge**