1  RONALD ABRAMSON (*Pro Hac Vice* forthcoming)
   ron.abramson@listonabramson.com
2  DAVID G. LISTON (*Pro Hac Vice* forthcoming)
   david.liston@listonabramson.com
3  ARI J. JAFFESS (*Pro Hac Vice* forthcoming)
   ari.jaffess@listonabramson.com
4  ALEX G. PATCHEN (*Pro Hac Vice* forthcoming)
   alex.patchen@listonabramson.com
5  LISTON ABRAMSON LLP
6  405 Lexington Avenue, 46th Floor
   New York, New York 10174
7  Telephone: (212) 357-1630
   Facsimile: (917) 999-9999
8  (Lead Counsel)

10 WILLIAM A. WHITE (State Bar No. 121681)
   wwhite@hillfarrer.com
11 HILL, FARRER & BURRILL LLP
   One California Plaza
12 300 South Grand Avenue, 37th Floor
   Los Angeles, California 90071
13 Telephone: (213) 620-0460
   Facsimile: (213) 624-4840
14 (Local Counsel)

16 Attorneys for Plaintiff
   WAG Acquisition, L.L.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation, and DISNEY STREAMING SERVICES LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO. 2:21-cv-08230 JAK(Ex)<br><br>**NOTICE OF ERRATA RE DOCKET ENTRIES FOR DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT PER WAIVERS OF SERVICE OF SUMMONS**<br><br>Complaint Filed: October 18, 2021<br>Trial Date: None |

**NOTICE OF ERRATA**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 29, 2021, plaintiff WAG ACQUISITION, L.L.C. ("Plaintiff") served Waivers of Service of Summons ("Waivers") on defendants THE WALT DISNEY COMPANY and DISNEY STREAMING SERVICES LLC ("Defendants").  Those Waivers were signed and returned by Defendants and then Plaintiff promptly filed them with the Court.  Pursuant to those Waivers, Defendants' responses to the complaint are due within 60 days from the service date, which is by January 28, 2021.  However, the docket instead incorrectly reflects that the deadline for Defendants' responses is March 1, 2022.  Accordingly, Plaintiff is submitting this Notice of Errata and refiling the Waivers so that a corrected docket entry for the deadline to file Defendants' responses to the complaint may be generated.

DATED: December 14, 2021               **HILL, FARRER & BURRILL LLP**

By: */s/ William A. White*
    William A. White
    Jeffrey B. Bell
    Attorneys for Defendant
    WAG ACQUISITION, L.L.C.

HFB 2463020.2

**NOTICE OF ERRATA**