UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. LA CV21-08230 JAK (Ex)     Date April 8, 2025

Title: Wag Acquisition, L.L.C. v. The Walt Disney Company, et al.

Present: The Honorable John A. Kronstadt

| Daniel Torrez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 11/09/2022 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    DT