# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wag Acquisition, L.L.C.<br><br>v.<br><br>The Walt Disney Company et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER**<br>CV 21-8230-JAK<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: __REPORT ON THE DETERMINATION OF AN ACTION__

Filed date: __April 8, 2025__   Document Number(s): __112__

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:  The Patent or Trademark (Closing) was entered in error.

CLERK, U.S. DISTRICT COURT

Date: __April 9, 2025__   By: __/s/ E. Synagogue__
                              Deputy Clerk

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-8230 JAK | DATE FILED<br>10/18/2021 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>WAG Aquisition, L.L.C. | | DEFENDANT<br>The Walt Disney Company<br>and<br>Walt Disney Streaming Services LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,742,824 | 8/22/2017 | WAG Acquisition, L.L.C. |
| 2 | 9,729,594 | 8/8/2017 | WAG Acquisition, L.L.C. |
| 3 | 9,762,636 | 9/12/2017 | WAG Acquisition, L.L.C. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| [IN CHAMBERS] ORDER DISMISSING CASE. |

| CLERK<br>BRIAN KARTH | (BY) DEPUTY CLERK<br>EVELYN SYNAGOGUE | DATE<br>4/8/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No.  LA CV21-08230 JAK (Ex)    Date  April 8, 2025

Title:  Wag Acquisition, L.L.C. v. The Walt Disney Company, et al.

Present: The Honorable  John A. Kronstadt

           Daniel Torrez
           Deputy Clerk                                    Court Reporter / Recorder

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated  11/09/2022 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    DT

CV-74 (10/08)                CIVIL MINUTES -REOPENING/CLOSING